IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRACEY MCKINNEY | : | CIVIL ACTION |
| | : | |
| v. | : | No. 11-4188 |
| | : | |
| LOUIS GIORLA, et al. | : | |

## ORDER

AND NOW, this 14th day of February, 2013, it is ORDERED Defendant William Lawton's Motion for Summary Judgment (Document 39) is GRANTED. Judgment is entered in favor of Lawton and against Plaintiff Tracey McKinney as to McKinney's claims against Lawton.

BY THE COURT:

    /s/ Juan R. Sánchez
Juan R. Sánchez, J.